[No. 38517-8-I.    Division One.    July 21, 1997.]
ZINE A. BADISSY, ET AL., *Respondents*, v. CHEN SUN,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-23132-4, Norman Quinn, J. Pro Tem., entered March 22, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.


[No. 38587-9-I.    Division One.    July 21, 1997.]
SNOHOMISH COUNTY, *Respondent*, v. DAVID W. LONG,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-08425-5, Richard J. Thorpe, J., entered April 10, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.


[No. 39121-6-I.    Division One.    July 21, 1997.]
KATHERINE SMILEY, ET AL., *Respondents*, v. GEORGE
C. BAKER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-28967-5, Sharon S. Armstrong, J., entered May 22, 1996. *Reversed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Becker, J.


[No. 39725-7-I.    Division One.    July 21, 1997.]
LUTHERAN DAY CARE, INC., *Appellant*, v. GARY
BERTRAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-06439-4, Peter Jarvis, J., entered November 1, 1996. *Affirmed* by unpublished per curiam opinion.